UNITED STATES DISTRICT COURT

Northern District of California

BMW of North America, LLC and
Bayerische Motoren Werke AG,

        Plaintiff(s),

v.

Schulba B.M.W. Belmont Motor Works,
Inc., Schulba German Brake and Lube
Inc., and Gerald Schulba

        Defendant(s).

CASE NO. 3:07-cv-01798-BZ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

John G. Froemming, an active member in good standing of the bar of Supreme Court of Virginia whose business address and telephone number (particular court to which applicant is admitted) is Howrey LLP, 1299 Pennsylvania Avenue, N.W., Washington, D.C. 20004, (202) 783-0800, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing BMW of North America, LLC, et al.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 17/Apr 07

United States Magistrate Judge
Honorable Bernard Zimmerman

HOWREY LLP