1  Benjamin K. Riley (SBN 112007)
   Joseph Song (SBN 239494)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA  94105-2708
   Telephone:  (415) 848-4900
4  Facsimile:   (415) 848-4999
5
   John G. Froemming, Esq. (*pro hac vice*)
6  Jessica D. Bradley, Esq. (*pro hac vice*)
   HOWREY LLP
7  1299 Pennsylvania Avenue, N.W.
   Washington, D.C.  20004
8  (202) 783-0800
   (202) 383-6610 (fax)
9
   Attorneys for Plaintiffs
10 BMW OF NORTH AMERICA, LLC and
   BAYERISCHE MOTOREN WERKE AG
11
12                    UNITED STATES DISTRICT COURT
13                   NORTHERN DISTRICT OF CALIFORNIA
14                        SAN FRANCISCO DIVISION
15
16 BMW OF NORTH AMERICA, LLC and          Case No. C-07-1798 BZ
17 BAYERISCHE MOTOREN WERKE AG,           **CONSENT JUDGMENT**
18              Plaintiffs,
19      vs.
20 SCHULBA B.M.W. BELMONT MOTOR
   WORKS, INC., SCHULBA GERMAN BRAKE
21 AND LUBE, INC., and GERALD SCHULBA,
22              Defendants.
23
24      Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG (collectively

25 "BMW"), having filed a Complaint on March 29, 2007 against Schulba B.M.W. Belmont Motor

26 Works, Inc., Schulba German Brake And Lube, Inc., and Gerald Schulba (collectively "Defendants")

27

28

HOWREY LLP

Case No. C-07-1798 BZ
CONSENT JUDGMENT

DM_US:20450062_1

1  claiming trademark infringement, false designation of origin, cybersquatting, unfair competition and

2  breach of contract;

3      BMW, having alleged that it has extensively used and advertised the "BMW" word mark,

4  "Roundel" logo and MINI Wings logo in connection with its business of designing, manufacturing,

5  and distributing motor vehicles and a variety of other products, that it is the exclusive owner of valid

6  and subsisting federal trademark registrations, including incontestable trademark registrations, for the

7  "BMW" word mark, "Roundel" logo and MINI Wings logo (see paragraph 13 of the Complaint and

8  Exhibit A hereto), and that its "BMW", Roundel logo and MINI Wings logo are famous; and

9  Defendants having acknowledged same;

10      Defendants, having used the BMW word mark in their trade name, domain name and

11  advertising and having used BMW's Roundel logo and MINI Wings logo on their website as described

12  in paragraphs 20 through 23 of the Complaint and shown in Exhibit B-D hereto;

13

14      Defendants, without admitting any liability, expressly denying same, solely to avoid the

15  expense and distraction of protracted litigation, and wishing to settle its dispute with BMW amicably;

16      Defendants, acknowledging the jurisdiction of this Court over it and the subject matter hereof;

17  having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal

18  Rules of Civil Procedure; without admitting any of the specific allegations of the Complaint except

19  admitting jurisdiction; and having waived any objections with regard to the right to appeal this Consent

20  Judgment;

21      It further appearing that this Court has jurisdiction over the subject matter hereof;

22                                  I.

23      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants, their

24  subsidiaries, affiliates, directors, officers, agents, servants, employees, representatives, successors,

25  assigns, attorneys-in-fact, and all those persons in active concert or participation with it who receive

26  actual notice of this Consent Judgment by personal service or otherwise, and each of them, be and

27  hereby are permanently enjoined and restrained from:

28

a)     any and all uses of BMW's Roundel logo and MINI Wings logo and colorable imitations thereof, including but not limited to Defendants' use of BMW's Roundel logo and MINI Wings logo on their website as well as any depiction of BMW vehicles where BMW's Roundel logo or MINI Wings logo are the dominant element within such depiction;

b)     any trademark use of the BMW word mark or colorable imitation thereof, including but not limited to Defendants' use of the letters "BMW," with or without periods or other punctuation between the letters, in any trade name or any domain(s);

c)     any trademark use of any other BMW trademarks or colorable imitations thereof;

d)     doing any other act or thing likely to confuse, mislead, or deceive others into believing that Defendants emanate from, are connected with, sponsored by, licensed by, or approved by, BMW, or that Defendants' products are sponsored, licensed or approved by BMW; and

e)     otherwise infringing or diluting the BMW word mark, Roundel logo, MINI Wings logo or any other BMW trademarks.

Defendants shall (1) destroy all labels, signs, prints, packages, receptacles, and advertisements in Defendants' possession or control bearing BMW's Roundel logo, MINI Wings logo, or a trade name or domain name including the letters BMW, and (2) immediately notify in writing, with a copy to BMW, any third parties with which Defendants have placed advertisements using BMW's Roundel logo, MINI Wings logo, or a trade name or domain including the letters BMW that such advertisements should be removed.  Such destruction and notification shall be certified in a sworn written statement by an officer of Defendants on or before July 6, 2007.

II.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Consent Judgment.  The parties acknowledge that a material breach of this Consent Judgment would result in irreparable injury, and that it would be difficult or impossible to establish the full monetary value of such damage.

III.

If Defendants violate this Consent Judgment in the future, then BMW shall be immediately entitled to a liquidated damages payment of $5,000.00 per violation, plus reimbursement of BMW's reasonable attorney fees.  It is understood and agreed that said amount is fixed as liquidated damages because of the difficulty of ascertaining the exact amount of damages that may be sustained because of such use.  It is further understood and agreed that said amount fixed as liquidated damages is a reasonable amount, considering the damages that BMW will sustain in the event of such use.  Such liquidated damages and attorney's fees shall not be exclusive of any other monetary or other remedies to which the Court may find BMW entitled.

IV.

Plaintiffs and Defendants shall each bear their owns attorneys' fees and expenses incurred in connection with the Complaint and Consent Judgment.

V.

Defendants have given notice of this Consent Judgment to each of their subsidiaries, affiliates, owners, officers, directors, partners, employees, agents, servants, representatives, successors, and assigns.

There being no just reason for delay, the Clerk of this Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Consent Judgment forthwith.

VI.

In accordance with § 34 of the Federal Trademark Act, 15 U.S.C. § 1116, the Clerk of the Court shall notify the Commissioner of Patents and Trademarks of the entry of this Consent Judgment who shall enter it upon the records of the United States Patent and Trademark Office.

1   The parties, through their undersigned counsel, hereby consent to the entry of the foregoing Consent

2   Judgment and waive any and all rights of appeal.

3

4   SCHULBA B.M.W. BELMONT MOTOR WORKS, INC.

5   June 8, 2007                          By: _____

6   R. King Prothro, Jr. (SBN 77822)
    Attorney at Law

7   1250 Aviation Avenue, Suite 200K

8   San Jose, California 95110
    Telephone:     (408) 286-7797

9   Facsimile:     (408) 286-4098

10  Counsel for Defendant

11  SCHULBA GERMAN BRAKE AND LUBE, INC.

12  June 8, 2007                          By: _____

13  R. King Prothro, Jr. (SBN 77822)
    Attorney at Law

14  1250 Aviation Avenue, Suite 200K

15  San Jose, California 95110
    Telephone:     (408) 286-7797

16  Facsimile:     (408) 286-4098

17  Counsel for Defendant

18  GERALD SCHULBA

19  June 8, 2007                          By: _____

20  R. King Prothro, Jr. (SBN 77822)
    Attorney at Law

21  1250 Aviation Avenue, Suite 200K

22  San Jose, California 95110
    Telephone:     (408) 286-7797

23  Facsimile:     (408) 286-4098

24  Counsel for Defendant

25

26

27

28

1 | BMW OF NORTH AMERICA, LLC and
  | BAYERISCHE MOTOREN WERKE AG
2 |
3 | June 13, 2007                          By: _Brian K. Riley_
  | Benjamin K. Riley (SBN 112007)
4 | Joseph Song (SBN 239494)
5 | HOWREY LLP
  | 525 Market Street, Suite 3600
6 | San Francisco, CA  94105-2708
  | Telephone:  (415) 848-4900
7 | Facsimile:  (415) 848-4999
8 | John G. Froemming (*pro hac vice*)
  | Jessica Bradley (*pro hac vice*)
9 | HOWREY LLP
10| 1299 Pennsylvania Avenue, N.W.
  | Washington, D.C.  20004
11| (202) 783-0800
  | (202) 383-6610 (fax)
12|
  | Counsel for Plaintiffs
13|
14| OF COUNSEL:
15| Kevin J. Healy, Esq.
  | BMW OF NORTH AMERICA, LLC
16| 300 Chestnut Ridge Road
  | Woodcliff Lake, NJ 07677
17| (201) 307-4000
18|
  | DATE: _6/20/2007_              SO  ORDERED : _Bernard Zimmerman_
19|
20|                                Hon. Bernard Zimmerman
  |                                United States Magistrate Judge
21|
22|
23|           IT IS SO ORDERED
24|           Judge Bernard Zimmerman
25|
26|
27|
28|

HOWREY LLP                                        -6-
          Case No. C-07-1798 BZ
          CONSENT JUDGMENT

          DM_US:20450062_1

# EXHIBIT A

# United States Patent Office

**613,465**
Registered Oct. 4, 1955

## PRINCIPAL REGISTER
### Trademark

Ser. No. 662,351, filed Mar. 10, 1954



Bayerische Motoren Werke Aktiengesellschaft (German corporation)
Lerchenauer Str. 76
Munich, Germany

For: AUTOMOBILES, MOTOR CYCLES, SIDE CARS FOR MOTOR CYCLES, MOTOR DRIVEN TRI-CYCLES FOR TRANSPORTING PASSENGERS, AND MOTOR DRIVEN TRICYCLES FOR TRANSPORT-ING GOODS, AND PARTS THEREOF, in CLASS 19.

First used Oct. 5, 1917, and in commerce Febru-ary 1949.

Int. Cls.: 37 and 42

Prior U.S. Cls.: 101 and 103

## United States Patent and Trademark Office

Reg. No. 1,170,556
Registered Sep. 22, 1981

### SERVICE MARK
Principal Register



Bayerische Motoren Werke Aktiengesellschaft (Fed. Rep. of Germany joint stock company)
8000 München 40, Fed. Rep. of Germany

For: REPAIR AND MAINTENANCE SERVICES FOR MOTOR VEHICLES AND MOTOR VEHICLE ENGINES, in CLASS 37 (U.S. Cl. 103).
First use 1918; in commerce Feb. 1949.
For: RETAIL MOTOR VEHICLE AND MOTOR VEHICLE ENGINE DEALERSHIP SERVICES, in CLASS 42 (U.S. Cl. 101).

First use 1918; in commerce Feb. 1949.
Owner of U.S. Reg. Nos. 611,710 and 613,465.
The stippling shown in the mark on the drawing is to indicate shading, but not color.

Ser. No. 205,383, filed Feb. 27, 1979.

J. C. DEMOS, Deputy Director

JAMES H. JOHNSON, Examiner

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 14, 16, 17, 18, 20, 21, 22, 24, 25,
  26, 27, 28, 34, 35, 36, 37, 39, 41 and 42
Prior U.S. Cls.: 1, 2, 3, 5, 6, 7, 8, 9, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22,
  23, 25, 26, 27, 28, 29, 30, 32, 33, 34, 35, 37, 38, 39,
  41, 42, 50, 100, 101, 102, 103, 105, and 107

Reg. No. 1,450,212

## United States Patent and Trademark Office   Registered Aug. 4, 1987

### TRADEMARK
### SERVICE MARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
  SELLSCHAFT (FED REP GERMANY COM-
  PANY)
130 PETUELRING
D-8000 MUNICH 40, FED REP GERMANY

FOR: INDUSTRIAL CHEMICALS, FIRE EX-
TINGUISHING COMPOSITIONS; TEMPERING
AND SOLDERING PREPARATIONS; INDUS-
TRIAL ADHESIVES; ALL FOR USE IN THE
AUTOMOTIVE INDUSTRY, IN CLASS 1 (U.S.
CLS. 5 AND 6).

FOR: PAINTS; VARNISHES; LACQUERS;
PRESERVATIVES AGAINST RUST AND
AGAINST DETERIORATION OF WOOD;
DYES; MORDANTS FOR WOOD; COLORING
MORDANTS FOR LEATHER; METALS IN
FOIL AND POWDER FORM FOR PAINTERS,
DECORATORS, PRINTERS AND ARTISTS;
ALL FOR USE IN THE AUTOMOTIVE INDUS-
TRY, IN CLASS 2 (U.S. CLS. 6, 14 AND 16).
FOR: BLEACHING PREPARATIONS AND
OTHER LAUNDRY SUBSTANCES; CLEANING,
POLISHING, SCOURING AND ABRASIVE
PREPARATIONS; SOAPS; PERFUMERY; ES-

2                                       1,450,212

SENTIAL OILS; COSMETICS; HAIR LOTIONS, IN CLASS 3 (U.S. CLS. 51 AND 52).

FOR: INDUSTRIAL OILS AND GREASES; LUBRICANTS; DUST-ABSORBING, WETTING AND BINDING COMPOSITIONS; SOLID, LIQUID AND GASEOUS FUELS (INCLUDING MOTOR SPIRIT); ILLUMINANTS; CANDLES; WICKS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 4 (U.S. CL. 15).

FOR: FULL LINE OF PHARMACEUTICAL, VETERINARY AND SANITARY PREPARATIONS; PLASTERS, MATERIALS FOR DRESSINGS; FIRST-AID KITS; FIRST-AID CUSHIONS; DISINFECTANTS, IN CLASS 5 (U.S. CL. 18).

FOR: CONSTRUCTION MATERIALS OF METAL; TRANSPORTABLE BUILDINGS OF METAL; NON-ELECTRIC CABLES AND WIRES OF COMMON METAL; IRONMONGERY; SMALL ITEMS OF METAL HARDWARE; PIPES AND TUBES OF METAL; SAFES; GOODS OF COMMON METAL, NAMELY, CASH BOXES, TOOL BOXES, IDENTIFICATION PLATES AND REINFORCEMENTS THEREFOR; TRANSPORT CONTAINERS AND TANKS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 6 (U.S. CLS. 2, 12, 15 AND 25).

FOR: METAL-, WOOD-, PLASTICS-WORKING MACHINES; MACHINES FOR THE AUTOMOTIVE INDUSTRY; TIRE MOUNTING MACHINES; FOUNDRY MACHINES; LIFTING APPARATUS; CRANES; VARNISHING MACHINES; POLISHING MACHINES (OTHER THAN FOR HOUSEHOLD PURPOSES); PRESSES (MACHINES); SHARPENING MACHINES; WELDING MACHINES; GENERATING UNITS CONSISTING OF INTERNAL COMBUSTION ENGINES AND ELECTRIC GENERATORS; ELECTRIC GENERATORS; WASHING MACHINES AND PARTS THEREOF; MACHINE TOOLS AND THEIR PARTS; ENGINES (EXCEPT FOR LAND VEHICLES) AND PARTS THEREOF; IGNITION DEVICES FOR INTERNAL COMBUSTION ENGINES AND PARTS THEREOF; CARBURETORS; FUEL INJECTION PUMPS; TRANSMISSIONS, CLUTCHES AND DRIVE BELTS (EXCEPT FOR LAND VEHICLES) AND PARTS THEREOF, IN CLASS 7 (U.S. CLS. 21, 23 AND 35).

FOR: HAND TOOLS (HAND OPERATED); HAND OPERATED IMPLEMENTS FOR THE CONSTRUCTION OF MACHINES; APPARATUS AND VEHICLES; MANUALLY OPERATED LIFTING JACKS; CUTLERY, FORKS AND SPOONS; SIDE ARMS; RAZORS; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 8 (U.S. CLS. 9 AND 23).

FOR: ELECTRICAL APPARATUS AND INSTRUMENTS FOR POWER FIELD, NAMELY FOR THE FIELDS OF CONDUCTION, TRANSFORMATION, STORAGE, REGULATION AND CONTROL; ELECTRICAL APPARATUS AND INSTRUMENTS FOR LOW CURRENT FIELDS, NAMELY FOR THE FIELDS OF TELECOMMUNICATION, HIGH-FREQUENCY AND REGULATION; ELECTRIC SOLDERING APPARATUS; PHOTOGRAPHIC, CINEMATOGRAPHIC, OPTICAL, MEASURING, SIGNALLING, MONITORING, LIFE-SAVING AND TEACHING APPARATUS AND INSTRUMENTS; CLOTHING FOR PROTECTION AGAINST FIRE AND ACCIDENTS, INCLUDING FOOTWEAR, PROTECTIVE HELMETS, PROTECTIVE EYEGLASSES, SUNGLASSES; APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES; MAGNETIC DATA CARRIERS; RECORDING DISCS; AUTOMATIC VENDING MACHINES AND MECHANISMS FOR COIN-OPERATED APPARATUS; CASH REGISTERS; CALCULATING MACHINES AND DATA PROCESSING EQUIPMENT; FIRE-EXTINGUISHING APPARATUS, IN CLASS 9 (U.S. CLS. 21, 26 AND 39).

FOR: APPARATUS FOR LIGHTING, HEATING, STEAM GENERATING, COOKING, REFRIGERATING, DRYING, VENTILATING AND WATER SUPPLY; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 11 (U.S. CLS. 13 AND 34).

FOR: LAND, AIR AND WATER VEHICLES AND PARTS THEREOF NOT INCLUDED IN OTHER CLASSES; ENGINES; COUPLINGS AND DRIVE BELTS FOR LAND VEHICLES AND PARTS THEREOF; VEHICLE REGISTRATION PLATES; TOW HOOKS; STARTERS; EXHAUST PIPES AND MUFFLERS; EXHAUST SYSTEMS COMPOSED OF EXHAUST PIPES AND MUFFLERS; BRAKES; CHASSIS; DIRECTIONAL SIGNALS; VEHICLE AXLES; VEHICLE SEATS; SUSPENSIONS; WINDOWPANES; WINDSHIELDS; TRANSMISSIONS FOR LAND VEHICLES; HORNS; CAR BODIES AND PARTS THEREOF; STEERING LINKAGES; STEERING GEARS; STEERING WHEELS; AIR GUIDE DEVICES, NAMELY, SPOILERS AND AIR GUIDE WINGS; WHEELS; PNEUMATIC TIRES; RIMS FOR VEHICLE WHEELS; VALVES FOR VEHICLE TIRES; MIRRORS; SHOCK ABSORBERS; VEHICLE BUMPERS; IGNITION DEVICES FOR LAND VEHICLE ENGINES AND PARTS THEREOF; VEHICLE ACCESSORIES, NAMELY, TOW ROPES, TOW RODS, TRAILER HITCHES, BURGLAR ALARMS, THEFT PROTECTION DEVICES, MATS, BAGGAGE CARRIERS, ANTI-SKID CHAINS, HEAD RESTS,

3

AIR PUMPS, MUDGUARDS, SAFETY BELTS, SAFETY CUSHIONS, SAFETY SEATS FOR CHILDREN, SKI CARRIERS, SUN VISORS, SUN PROTECTING GLASS PANES, SUN BLINDS, SURFBOARD MOUNTING SUPPORTS, WARNING SIGNS, HAZARD WARNING LAMPS, WIND DEFLECTORS, BODY TRIMS, STRIPES; ACCESSORY CASES; CIGAR LIGHTERS AND CIGARETTE LIGHTERS FOR AUTOMOBILES; ACCESSORIES FOR MOTORCYCLES, NAMELY, THEFT PROTECTION DEVICES, REPAIR KITS FOR TIRES, TWO-WAY COMMUNICATION SETS, BAGGAGE CONTAINERS, SUITCASE AND BAGGAGE CARRIERS, AIR PUMPS, SADDLEBAGS, ROLL BARS, TANK RUCKSACKS, TANK BAGS AND POCKETS, COVERINGS; RUDDERS AND SCREWS (PROPELLERS) FOR SHIPS, IN CLASS 12 (U.S. CLS. 2, 13, 19, 21 AND 23).

FOR: GOODS IN PRECIOUS METALS, THEIR ALLOYS OR GOODS COATED THEREWITH, NAMELY, HANDCRAFTED ARTICLES, ORNAMENTAL ARTICLES, TABLE WARE (EXCEPT TABLE CUTLERY), EPERGNES, ASH TRAYS, TOBACCO BOXES, BOXES FOR CIGARS AND CIGARETTES, CIGAR AND CIGARETTE HOLDERS; JEWELRY; PRECIOUS STONES; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, IN CLASS 14 (U.S. CLS. 27 AND 28).

FOR: PAPER; CARDBOARD; AND GOODS MADE FROM PAPER AND CARDBOARD, NAMELY, FACE TOWELS, TABLE NAPKINS, FILTER PAPER, POCKET HANDKERCHIEFS, HYGIENIC PAPER, BABIES' NAPKINS, CASES AND BAGS FOR PACKAGING, BADGES, TRANSFER-PICTURES, PLAQUES, STICKERS, LABELS, SELF-ADHESIVE PLASTIC SHEETS FOR DECORATIVE PURPOSES, PRINTED MATTER; PHOTOGRAPHS; STATIONERY; ADHESIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; PAINT BRUSHES; TYPEWRITERS AND OFFICE REQUISITES (EXCEPT FURNITURE), NAMELY, NON-ELECTRIC APPARATUS; INSTRUCTIONAL AND TEACHING MATERIAL (EXCEPT APPARATUS) IN THE FORM OF PRINTED MATTER; GAMES; GLOBES; DRAWING INSTRUMENTS FOR BLACKBOARDS; PLASTIC MATERIALS FOR PACKAGING, NAMELY, ENVELOPES, BAGS AND FILMS; PLAYING CARDS; PRINTERS' TYPE; PRINTING BLOCKS, IN CLASS 16 (U.S. CLS. 37 AND 38).

FOR: GOODS MADE OF RUBBER, GUTTAPERCHA OR GUM, NAMELY, THREADS OF RUBBER (NOT FOR TEXTILE USE), INSULATING GLOVES, WASHERS, SHOCK-ABSORBING BUFFERS, RINGS, PIPE AND HOSE CONNEC-

TION PARTS; PACKAGING AND PADDING MATERIALS; GOODS MADE OF ASBESTOS, NAMELY, WALL-COVERINGS, PACKING, CLOTH, ASBESTOS PAPER OR MILL BOARDS, SOLES; GOODS MADE OF MICA, NAMELY, INSULATING PLATES; PACKING, SEALING AND INSULATING MATERIALS; FLEXIBLE PIPES (NOT OF METAL), IN CLASS 17 (U.S. CLS. 1 AND 35).

FOR: GOODS MADE OF LEATHER OR OF LEATHER IMITATIONS, NAMELY, HANDBAGS AND GENERAL PURPOSE CASES, IN PARTICULAR PURSES, POCKET WALLETS, KEY CASES; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; SADDLERY, IN CLASS 18 (U.S. CLS. 3 AND 41).

FOR: FURNITURE; MIRRORS; PICTURE FRAMES; GOODS MADE OF WOOD OR WOOD SUBSTITUTES, NAMELY, CASES, TRANSPORT PALLETS, VATS AND SPIGOTS, TOOL HANDLES, REELS FOR YARN, COAT HANGERS, CLOTHES-PEGS, WORKS OF ART, DECORATIVE OBJECTS: GOODS OF CORK, REED, CANE, WICKER, HORN, BONE, IVORY, WHALEBONE, SHELL, AMBER, MOTHER-OF-PEARL, MEERSCHAUM AND SUBSTITUTES FOR ALL THESE MATERIALS; GOODS MADE OF PLASTICS, NAMELY, TRANSPORT CONTAINERS, VATS, TANKS, RIVETS, SCREWS, PINS, SIGNBOARDS, BADGES, TRANSFERPICTURES, STICKERS, LABELS, PLAQUES, FURNITURE, WINDOW AND DOOR FITTINGS, CURTAIN RODS, CURTAIN HOOKS, SLATTED INDOOR BLINDS, COVERS FOR CLOTHING, COAT HANGERS, CLOTHESPEGS, BOTTLE CLOSURES, KEY PENDANTS, IN CLASS 20 (U.S. CLS. 2, 13, 32 AND 50).

FOR: SMALL HAND-OPERATED HOUSEHOLD OR KITCHEN APPARATUS AND INSTRUMENTS; HOUSEHOLD OR KITCHEN CONTAINERS (NOT OF PRECIOUS METAL OR COATED THEREWITH); COMBS AND SPONGES; BRUSHES (EXCEPT PAINT BRUSHES); CLEANING IMPLEMENTS; STEEL WOOL; UNWORKED OR SEMI-WORKED GLASS (EXCEPT GLASS USED IN BUILDING); GLASSWARE, PORCELAIN AND EARTHENWARE FOR HOUSEHOLD AND KITCHEN; WORKS OF ART MADE OF GLASS, PORCELAIN OR EARTHENWARE, IN CLASS 21 (U.S. CLS. 2, 13, 29, 30 AND 33).

FOR: ROPES; STRING; FISHING NETS; TENTS; AWNINGS; TARPAULINS; SAILS; PADDING AND STUFFING MATERIALS (EXCEPT OF RUBBER OR PLASTICS); RAW FIBROUS TEXTILE MATERIALS, IN CLASS 22 (U.S. CLS. 1, 7 AND 22).

4                                      1,450,212

FOR: TEXTILES AND TEXTILE GOODS, NAMELY, CLOTHS, CURTAINS, BLINDS, HOUSEHOLD LINEN, TABLE LINEN, BED LINEN; COLORS; FLAGS; PENNANTS; BADGES OF CLOTH; TRAVELLING BLANKETS; TRAVELLING PLAIDS; BED AND TABLE COVERS, IN CLASS 24 (U.S. CL. 42).

FOR: CLOTHING INCLUDING ELECTRICALLY HEATED CLOTHING; FOOTWEAR; HEADGEAR; ALL FOR USE IN THE AUTOMOTIVE INDUSTRY, IN CLASS 25 (U.S. CL. 39).

FOR: LACE AND EMBROIDERY; RIBBONS AND BRAID; BUTTONS; HOOKS AND EYES; PINS AND NEEDLES; SEW-ON LABELS; PIN BADGES; BADGES WITH SAFETY PINS; BUTTONHOLE BADGES; BELT CLASPS; ARTIFICIAL FLOWERS, IN CLASS 26 (U.S. CL. 40).

FOR: CARPETS; RUGS; MATS AND MATTING; LINOLEUM AND FLOOR COVERINGS OF RUBBER, PLASTICS OR TEXTILE, IN CLASS 27 (U.S. CLS. 19, 42 AND 50).

FOR: GAMES AND PLAYTHINGS; EXERCISING APPARATUS; SKI, TENNIS AND FISHING EQUIPMENT; SKI, CRICKET AND GOLF BAGS, IN CLASS 28 (U.S. CLS. 2 AND 22).

FOR: SMOKERS' ARTICLES, NAMELY, TOBACCO TINS, CIGAR AND CIGARETTE HOLDERS, CIGAR AND CIGARETTE CASES, ASHTRAYS (NOT OF PRECIOUS METALS) THEIR ALLOYS OR COATED THEREWITH, PIPE STANDS, PIPE CLEANERS, CIGAR CUTTERS, PIPES, LIGHTERS, POCKET APPARATUS FOR ROLLING CIGARETTES, CIGARETTE PAPER, CIGARETTE FILTERS; MATCHES, IN CLASS 34 (U.S. CLS. 2, 8, 9 AND 17).

FOR: ADVERTISING AND BUSINESS, NAMELY, MANAGEMENT CONSULTING; PROCUREMENT OF CONTRACTS FOR THE PURCHASE AND SALE OF GOODS; PUBLICTY SERVICES, IN CLASS 35 (U.S. CL. 101).

FOR: INSURANCE AND FINANCIAL, NAMELY, CREDIT CONSULTING, CREDIT BROKERAGE, REAL ESTATE MANAGEMENT AND APARTMENT HOUSE MANAGEMENT, REAL ESTATE AGENCIES, LEASING, INSURANCE BROKERAGE, IN CLASS 36 (U.S. CLS. 101 AND 102).

FOR: CONSTRUCTION AND REPAIR, NAMELY, CONSTRUCTION (ABOVE OR BELOW GROUND), CONSTRUCTION BY ENGINEERS, REPAIR OF BUILDINGS, REPAIR AND MAINTENANCE OF MOTOR VEHICLES AND MOTORS, IN CLASS 37 (U.S. CL. 103).

FOR: TRANSPORTATION AND STORAGE, NAMELY, TRANSPORT OF PERSONS AND GOODS BY MOTOR VEHICLES, BY RAILWAYS, VESSELS AND AIRPLANES; ARRANGING OF TOURS; TRAVEL AGENCIES; AGENCIES FOR TRANSPORT OF PERSONS; ORGANIZATION OF SIGHTSEEING TOURS; ESCORTING OF TRAVELLERS; MOTOR CAR RENTAL, IN CLASS 39 (U.S. CL. 105).

FOR: EDUCATION AND ENTERTAINMENT, NAMELY, EDUCATION AND EDUCATIONAL COURSES FOR WORKERS, SKILLED WORKERS, WHITE COLLAR WORKERS, ENGINEERS, MANAGERS AND OTHER STAFF MEMBERS OF THIRD PARTIES; INSTRUCTION IN DRIVING; INSTRUCTION IN SPORTS; MUSEUM SERVICES; MUSIC PERFORMANCES; THEATRE PERFORMANCES; PRESENTATION OF ART EXHIBITIONS; PRESENTATION OF SPORT COMPETITIONS; PUBLICATION AND ISSUING OF BOOKS, JOURNALS AND MAGAZINES, IN CLASS 41 (U.S. CLS. 101 AND 107).

FOR: MISCELLANEOUS, NAMELY, NEGOTIATION AND SETTLEMENT OF COMMERCIAL TRANSACTIONS FOR THIRD PARTIES, ARCHITECTURAL CONSULTATION AND CONSTRUCTION DRAFTING, LODGING AND BOARDING SERVICES, SERVICES OF ARCHITECTS, SERVICES OF INTERIOR DECORATORS, SERVICES OF ENGINEERS, COMPUTER PROGRAMMING, IN CLASS 42 (U.S. CL. 100).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FED. REP. GERMANY APPLICATION NO. B73676/12WZ, FILED 12-30-1983, REG. NO. 1064910, DATED 6-25-1984, EXPIRES 12-30-1993.

SER. NO. 487,543, FILED 6-29-1984.

GABRIELLE SIMAN, EXAMINING ATTORNEY

Int. Cls.: 3, 4, 6, 7, 9, 11, 12, 14, 16, 18, 20, 21, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 12, 13, 14, 15, 19, 21, 22,
23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38,
39, 40, 41, 44, 50, 51 and 52

## United States Patent and Trademark Office

Reg. No. 2,752,258
Registered Aug. 19, 2003

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY COR-
PORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: CLEANING PREPARATIONS FOR USE IN
THE AUTOMOTIVE FIELD; POLISH, NAMELY,
CHROME, AUTOMOBILE POLISH; CAR CARE
PRODUCTS, NAMELY, INTERIOR CLEANER,
WHEEL CLEANER, CAR SHAMPOO, LEATHER
CARE, RUBBER CARE AND CAR WAX, IN CLASS
3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ENGINE OILS, IN CLASS 4 (U.S. CLS. 1, 6
AND 15).

FOR: METAL KEY RINGS; METAL MONEY
CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25
AND 50).

FOR: VEHICLE PARTS, NAMELY, ENGINE COV-
ERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND
35).

FOR: COMPACT DISC PLAYERS; CELLULAR
PHONES AND PARTS THEREOF; MOUSE PADS;
GLOBAL POSITIONING SYSTEMS CONSISTING
PRIMARILY OF COMPUTERS, COMPUTER SOFT-
WARE, TRANSMITTERS, RECEIVERS AND NET-

WORK INTERFACE DEVICES; ODOMETER/
TACHOMETER DISPLAYS, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FOR: SPOT LAMPS; MAP LIGHTS; LIGHTS FOR
VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND
34).

FOR: WHEEL STUD LOCKS; VALVE STEM CAPS;
BICYCLES; BICYCLES STANDS FOR STATIONARY
TRAINING; BICYCLE BAGS, NAMELY, BAGS
MADE TO FIT BICYCLES; BULK HAULING TRAI-
LERS; TRAILER HITCH KITS, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).

FOR: WATCHES; CLOCKS, IN CLASS 14 (U.S. CLS.
2, 27, 28 AND 50).

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FOR: BACKPACKS; CARRY-ALL BAGS; DUFFEL
BAGS; FANNY PACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FOR: NON-METAL KEY RINGS, IN CLASS 20
(U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: CUPS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30,
33, 40 AND 50).

Int. Cls.: 1, 4, 6, 9, 11, 12, 14, 16, 18, 21, 27 and 28

Prior U.S. Cls.: 1, 2, 3, 5, 6, 10, 12, 13, 14, 15, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 33, 34, 35, 36, 37, 38, 40, 41, 42, 44, 46 and 50

Reg. No. 2,812,820

## United States Patent and Trademark Office

Registered Feb. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-SELLSCHAFT (FED REP GERMANY COR-PORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: BRAKE FLUID, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: MOTOR OIL, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: CD PLAYERS; COMPASSES; MOUSE PADS; PERSONAL STEREOS; AND SUNGLASSES AND CASES THEREFOR; MULTIFUNCTION HAND-TOOLS, COMPRISED OF COMPASSES, FLASH-LIGHTS, THERMOMETERS, MIRRORS AND WHISTLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: AUTOMOBILES AND STRUCTURAL PARTS THEREFOR; AUTOMOBILE WINDSHIELD SUNSHADES; FITTED BOXES FOR STORAGE IN VEHICLE TRUNKS; FITTED CAR COVERS; VALVE STEM CAPS FOR VEHICLE TIRES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: CLOCKS, PINS BEING JEWELRY; AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: BACKPACKS; TOTE BAGS; AND UMBREL-LAS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: MUGS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: FLOOR AND TRUNK MATS FOR VEHI-CLES, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

FOR: STUFFED TOYS; TOY VEHICLES, MINIA-TURE VEHICLES AND REMOTE CONTROL TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

OWNER OF U.S. REG. NO. 2,557,534.

SER. NO. 76-975,617, FILED 5-14-2002.

THE STIPPLING IN THE DRAWING IS FOR
SHADING PURPOSES ONLY.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,855,714
Registered June 22, 2004

## TRADEMARK
### PRINCIPAL REGISTER



BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY COR-
PORATION)
PETUELRING 130
80809 MUNICH, FED REP GERMANY

FOR: CLOTHING, NAMELY SHIRTS, SWEAT-
SHIRTS, JACKETS, GLOVES, HEADWEAR, IN
CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-2002; IN COMMERCE 3-0-2002.

THE STIPPLING SHOWN IN THE DRAWING IS A
FEATURE OF THE MARK AND NOT INTENDED
TO INDICATE COLOR.

SER. NO. 76-514,102, FILED 5-14-2003.

CAROLYN CATALDO, EXAMINING ATTORNEY

# United States Patent Office

611,710
Registered Sept. 6, 1955

## PRINCIPAL REGISTER
### Trademark

Ser. No. 662,350, filed Mar. 10, 1954



Bayerische Motoren Werke Aktiengesellschaft (German corporation)
Lerchenauer Str. 76
Munich, Germany

For: AUTOMOBILES, MOTOR CYCLES, SIDE CARS FOR MOTOR CYCLES, MOTOR DRIVEN TRICYCLES FOR TRANSPORTING PASSENGERS, MOTOR DRIVEN TRICYCLES FOR TRANSPORTING GOODS, AND PARTS THEREOF, in CLASS 19.

First used Oct. 5, 1917, and in commerce February 1949.

Int. Cls.: 37 and 42

Prior U.S. Cls.: 101 and 103

## United States Patent and Trademark Office

Reg. No. 1,164,922
Registered Aug. 11, 1981

## SERVICE MARK
Principal Register

## BMW

Bayerische Motoren Werke Aktiengesellschaft (Fed. Rep. of Germany joint stock company)
8000 Munchen 40, Fed. Rep. of Germany

For: REPAIR AND MAINTENANCE SERVICES FOR MOTOR VEHICLES AND MOTOR VEHICLE ENGINES, in CLASS 37 (U.S. Cl. 103).
First use 1918; in commerce Feb. 1949.
For: RETAIL MOTOR VEHICLE AND MOTOR VEHICLE ENGINE DEALERSHIP SERVICES, in CLASS 42 (U.S. Cl. 101).
First use 1918; in commerce Feb. 1949.
Owner of U.S. Reg. Nos. 611,710 and 613,465.

Ser. No. 205,394, filed Feb. 27, 1979.

J. C. DEMOS, Deputy Director

JAMES H. JOHNSON, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,627,241
Registered Dec. 11, 1990

### TRADEMARK
### PRINCIPAL REGISTER

## BMW

BAYERISCHE MOTOREN WERKE AKTIENGE-
SELLSCHAFT (FED REP GERMANY STOCK
COMPANY)
POSTFACH 40 02 40
PETUELRING 130, BMW HAUS
MUNCHEN, FED REP GERMANY 40

FOR: CLOTHING, NAMELY SHIRTS, TEE
SHIRTS, POLO SHIRTS, SWEAT SHIRTS,
SWEATERS, BLOUSES, PULLOVERS, VESTS,
KNITTED AND UNKNITTED JACKETS, KNIT-
TED BLAZERS, ANORAKS, CARDIGANS,
COATS, PANTS, SHORTS, JOGGING SUITS,
OVERALLS, BATHROBES, SOCKS, TIES, CAPS,

VISORS, SCARVES, GLOVES, LEATHER
WIND RESISTANT JACKETS, LEATHER
JACKETS, LEATHER SUITS, RUNNING SUITS,
RAIN SUITS, BOOTS, GOLF JACKETS AND
NIGHTSHIRTS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-0-1984; IN COMMERCE
0-0-1984.
OWNER OF U.S. REG. NOS. 611,710, 1,450,212
AND OTHERS.

SER. NO. 73-823,807, FILED 9-6-1989.

MARIE-ANNE MASTROVITO, EXAMINING
ATTORNEY

Int. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, 14, 16, 18, 20, 21, 22, 24, 25, 27, 28 and 34

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 44, 46, 50, 51 and 52

Reg. No. 2,816,178

# United States Patent and Trademark Office

Registered Feb. 24, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## BMW

BAYERISCHE MOTOREN WERKE AKTIENGE-SELLSCHAFT (FED REP GERMANY COR-PORATION)
PETUELRING 130
D-80788 MUENCHEN, FED REP GERMANY

FOR: ANTIFREEZE, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

FOR: PAINTS, NAMELY, PAINT FOR USE IN THE MANUFACTURE OF AUTOMOBILES, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FOR: CLEANING PREPARATIONS FOR USE IN THE AUTOMOTIVE FIELD; POLISH, NAMELY CHROME, AUTOMOBILE POLISH; CAR CARE PRODUCTS, NAMELY, INTERIOR CLEANER, WHEEL CLEANER, CAR SHAMPOO, LEATHER CARE, RUBBER CARE AND CAR WAX , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: ENGINE LUBRICANTS; ENGINE OILS; GEAR OILS, IN CLASS 4 (U.S. CLS. 1, 6 AND 15).

FOR: FIRST AID KITS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: METAL KEY RINGS; METAL MONEY CLIPS, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FOR: VEHICLE PARTS, NAMELY ENGINE COV-ERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FOR: HAND TOOLS, NAMELY, SCRAPERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FOR: COMPACT DISC PLAYERS; CELLULAR PHONES AND PARTS THEREOF; MOUSE PADS;

GLOBAL POSITIONING SYSTEMS CONSISTING PRIMARILY OF COMPUTERS, COMPUTER SOFT-WARE, TRANSMITTERS, RECEIVERS AND NET-WORK INTERFACE DEVICES; FLASHING SAFETY LIGHTS; SUNGLASSES; TIRE PRESSURE GAUGES; ODOMETER/TACHOMETER DISPLAYS; COM-PACT DISC CASES; COMPACT DISC CARRYING CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: SPOT LAMPS; MAP LIGHTS; LIGHTS FOR VEHICLES, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FOR: WHEEL STUD LOCKS; VALVE STEM CAPS; ANTI-THEFT ALARM SYSTEMS; BICYCLE LIFTS; BICYCLES; BICYCLE STANDS FOR STATIONARY TRAINING; CARGO CARRIERS FOR VEHICLES; TIRE KITS FOR VEHICLES CONTAINING TIRE PRESSURE MONITOR AND TIRE SEALANT; ROOF RACK STORAGE CONTAINERS FOR LAND VEHI-CLES; LICENSE PLATE FRAMES; BULK HAULING TRAILERS; SEAT COVERS FOR VEHICLES; COV-ERS FOR VEHICLE BUMPERS; SUNSHADES FOR VEHICLES; MUD FLAPS FOR VEHICLES; TRAILER HITCH KITS; FITTED COVERS FOR VEHICLES; RACKS FOR VEHICLES, NAMELY, SKI RACKS AND BICYCLE RACKS; BICYCLE BAGS; MOTOR-CYCLE SADDLEBAGS; FITTED CAR COVERS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FOR: PRECIOUS METAL MONEY CLIPS; WATCHES; CLOCKS; TIE CLIPS; TIE PINS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: PENS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: BACKPACKS; BRIEFCASES; BUSINESS CARD CASES; CARRY-ALL BAGS; DUFFEL BAGS; LEATHER POUCHES; LUGGAGE BOXES FOR VE-

# EXHIBIT B



We know you appreciate quality by virtue of the make of car you drive. Protect that investment, and more importantly, your personal safety by ensuring that your brakes are properly maintained.

We specialize in brakes. In fact, brakes and lubrication service is all we do. Because of this specialization, we are not only very good, but we are also very fast and efficient. What this means to you, our customer, is the highest quality workmanship at the lowest possible prices in the least amount of time.

Call us now to schedule your same day brake and lubrication service. Drop your car off before noon and we'll have your service complete the same day.

**This site is under construction! Please check back in late June.**

In order to maintain our cost efficiencies and high quality standards, we service only the following makes of automobile:

| | |
|---|---|
| Porsche | Mini (BMW) |
| Mercedes | Volkswagen |
| BMW | Volvo |
| Audi | |

# EXHIBIT C

# SanFrancisco.com business directory

| home | hotels | dining | visiting | real estate | nightlife | attractions | movie times | email@sanfrancisco.com |

**See also:**

**Top searches:**
Apartments
Attorneys
Auto Dealers
Auto Insurance
Auto Parts
Auto Repair & Service
Bars & Lounges
Beauty Salons
Car Rental
Colleges
Contractors
Dentists
Department Stores
Florists
Furniture
Hotels
Insurance
Loans
Massage
Mortgages
Movers
Night Clubs
Pizza
Plastic Surgery
Plumbers
Realtors
Restaurants
Storage
Travel
Tickets
More...

**Other cities:**
Belmont
Berkeley
Burlingame
Cupertino
Daly City
Hayward
Freemont
Menlo Park
Millbrae
Mountain View
Oakland
Orinda
Palo Alto
Pleasanton
Portola Valley
Redwood City
Richmond
San Carlos
San Francisco
San Jose

**find a local business:**
(what you're looking for)

**in or near:**
San Francisco, CA
(city & state or zip)

Ads by Google                          Advertise on this site

**Official BMW Site**
Find Out What You've Been Missing - Learn More
at BMW's San Diego Site!
www.sdcountybmw.com

**Alexandria Bavarian Serv.**
State of the art BMW/MINI Service Featuring the
BMW / MINI GT1 tool
www.alexandriabavarian.com

## Schulba BMW
645 Harbor Blvd
Belmont, CA 94002

| Contact Schulba BMW | |
| --- | --- |
| Phone: | (650) 592-7352 |

**Business Profile for Schulba BMW**

| Since: | Since 1975 |
| --- | --- |
| Services: | Car & Auto Service & Repair: General |
| | Car & Auto Diagnostic Services |
| | Car & Auto Brakes Service & Repair |

**In the Neighborhood**

More information on Belmont, CA

Nearby Businesses
Nearby Banks
Nearby Book Stores
Nearby Coffee Houses
Nearby Florists
Nearby Gas Stations
Nearby Gyms
Nearby Grocery Stores



Always confirm the locatio

Larger Map and Driving

Schulba BMW - Belmont, CA, 94002-3924 - Citysearch                                    Page 1 of 1

## Schulba BMW

645 Harbor Blvd
Belmont, CA 94002-3924View Map
6505927352
**Driving Directions**

**1. Enter starting address:**
Address:

```

```

**2. Enter destination address:**
Address:

```
645 Harbor Blvd, Belmont, CA 94002-3924
```

[Calculate Directions]



**New!**
**CS 411**

Get Citysearch info from your mobile phone. Click here to find out more...

Schulba BMW, 645 Harbor Blvd, Belmont, CA on Yahoo! Local                    Page 1 of 2

**YAHOO!** LOCAL

Search for:

Address, City & State, or ZIP  Search Tips

☐ Make this my default Yahoo location

**Belmont City Guide** > Automotive > Dealers > Used

Save to Collection      Save to My Web      Send to Phone      Add to Address Book      Email to Friend      Print

## Schulba BMW
## (650) 592-7352

645 Harbor Blvd
Belmont, CA 94002
Map it | Get directions

Average Rating (1)
Read review

**Rate it:**
☆☆☆☆☆

Edit This Listing

✆ **Own this business?** Get guaranteed top placement

**NEW!** Share your photos of Schulba BMW (What's this?)

**Find nearby**        view l

[Map]
[Hyb]
[Sat]   Belmont

250 m
4056 ft
Data ©Navteq, TeleAtlas          ©20

**Show:**

◉ ATMs              ○ Auto R
○ Public Transit    ○ Banks
○ Gas Stations      ○

[Map it]

Categories:
Used Car Dealers, Auto Repairs

Tags: (what's this?)

Be the first to tag Schulba BMW

## Yahoo! User Reviews
Write a review

★★★★☆ **SCHULBA BMW IN BELMONT "THE BEST**    November 29, 2005
**IN THE WEST".**
By Davelovessixtynine - See Davelovessixtynine's reviews
IV'E FINDLY FOUND THE BEST BMW SERVICE REPAIR SHOP IN
NORTHERN CALIFORNIA! WELL ACTUALLY I WAS REFERRED TO
SCHULBA'S BY A FELLOW WORKER AT ORICLE. I HAD AN ELETRICAL
PROBLEM THAT NO ONE ELSE COULD FIX (I WON'T MENTION ANY
NAMES). I HAD ...
Full Review

Was this review helpful to you? Yes - No   Report Abuse

**Write a review**

**Start a Collection**
Be the first to save Schulba E
personalized collection. Lear

[Save to my collecti]

⊛ **Search the Web for:**
Schulba BMW in Belmont, C

▣ **Not sure if this is the**
Check out the top rated alter

▣ **Have a question?**
Get help fast with Yahoo! An:

## Web References (2)

1.  **www.star.com**

Sign In |Register | Help      search

Home Clubs Music Restaurants Film Arts City Shopping Events Calendar Business Directory Articles

# Business Listing ▸ Is This Your Listing?
# Schulba Bmw

645 Harbor Blvd
Belmont, CA 94002 map
district: Belmont

Tel. (650) 592-7352
Ads By Google
Automotive Repair Career
Learn automotive repair from your home. Get free program info today!
autorepaircourses.guideq.com
Diesel Mechanic Training
Want a high demand career? Get quality training at TDDS.
www.tdds.edu
Nashville Auto Diesel
Get information on programs at Nashville Auto Diesel (NADC)
NADC-College.com
Contact SF Station | Advertise with SF Station | Media Kit | About SF Station | Site Map | List Your
Business | List Your Event
Job Opportunities | Privacy Policy | Terms of Use | User Feedback

Copyright 2007 SF Station: A City Guide by Boulevards. All rights reserved.

San Jose.com: Schulba Bmw

Page 1 of 1



Ads By Google
Auto Service
European & Japanese Auto Repair Visit Website for Coupons!
www.eurasianservicecenter.com
Auto repair service VA
All makes & models of automobile European, Asian, American
www.CurrysAuto.com
Auto Service & Repairs
Auto A/C, Glass, & Body Repairs Call For A Free Estimate Today!
www.EastCoastTransmission.com

# Business Listing ▷ Is This Your Listing?

# Schulba Bmw

645 Harbor Blvd
Belmont, CA 94002 map
district: Belmont

Tel. (650) 592-7352
Ads By Google
Pre-Owned BMW M Vehicles
Official BMW Certified Pre-Owned Site. Find your next vehicle here.
BMWUSA.com/Certified
Official BMW Site
Full Maintenance at $0 Cost with Every New BMW - More Details Here.
www.socalbmw.com
Official BMW Site
Find Out What You've Been Missing - Learn More at BMW's Seattle Site!
www.pugetsoundbmw.com
Advertise | List Your Business | List Your Event

Copyright 2007 San Jose.com: A City Guide by Boulevards. All rights reserved.

# EXHIBIT D



# Whois Record for Schulba-bmw.com

**DomainTools Launches New Whois Service (Auto-Completion) PsychicWhois.com**

## Front Page Information

|  |  |
|---|---|
| **Record Type:** | Domain Name |
| **AboutUs:** | Wiki article on Schulba-bmw.com |
| **SEO Score:** | 85% |
| **Meta Relevance:** | 36% |
| **Terms:** | 112 (Unique: 78, Linked: 14) |
| **Images:** | 3 (Alt tags missing: 1) |
| **Links:** | 8 (Internal: 6, Outbound: 0) |

## Thumbnail



## Server Data

|  |  |
|---|---|
| **IP Address:** | 216.39.58.159 W R P D T |
| **IP Location:** | - New York - New York - Altavista Company |
| **Blacklist Status:** | Clear (history) |
| **SSL Cert:** | s.p9.hostingprod.com expires in 802 days |
| **Website Status:** | Active |

## Registry Data

|  |  |
|---|---|
| **ICANN Registrar:** | REGISTER.COM, INC. |
| **Created:** | 2006-06-29 |
| **Expires:** | 2007-06-29 |
| **Registrar Status:** | clientDeleteProhibit |
| **Whois Server:** | whois.register.com |
| **Name Server:** | YNS1.YAHOO.COM |

### SEO Text Browser

Loading...   SEO Text Brow
false

## DomainTools Exclusive



| | |
|---|---|
| **NS History:** | 2 changes. Using 2 unique name servers in 1 year. |
| **IP History:** | 23 changes. Using 7 unique IP addresses in 1 year. |
| **Whois History:** | 3 records have been archived since 2007-02-06 |
| **Reverse IP:** | 15,060 other sites hosted on this server. |
| **Monitor Domain:** | Set Free Alerts on schulba-bmw.com |
| **Free Tool:** | Download DomainTools for Windows |

If you are looking for the be
pre-owned vehicle, you have
http://www.schulba-bmw

## Whois Record

=-=-=-=

Registration Service Provided By: Namebargain.com
Contact: support@namebargain.com

Domain name: schulba-bmw.com

Registrant Contact:
   Schulba B.M.W.
   Gerry Schulba (gerry@schulba. com)
   +1.6505927352
   Fax:
   635 Harbor Blvd.
   Belmont, CA 94002
   US

Administrative Contact:
   Schulba B.M.W.
   Gerry Schulba ( krdennis@pacbell.net )
   +1.6505927352
   Fax:
   635 Harbor Blvd.
   Belmont, CA 94002
   US

Technical Contact:
   Schulba B.M.W.
   Keith Dennis ( krdennis@pacbell.net )
   +1.6505927352
   Fax:
   635 Harbor Blvd.
   Belmont, CA 94002
   US

Status: Locked

Name Servers:
   yns1.yahoo.com
   yns2.yahoo.com

Creation date: 29 Jun 2006 18:41:32
Expiration date: 29 Jun 2007 18:41:32
=-=-=-=
Version 6.3 4/3/2002

Disable SEO Text Browse

### Other TLDs

| | | | |
|---|---|---|---|
| .com | .net | .org | .info |

### Reverse IP

There are 15,060 other sites
this webserver. View a samp
Reverse IP.

### Backorder

Set a backorder so you can c
bmw.com when it becomes a

### Domains for Sale

| Domain |
|---|
| BmwOutlet.com |
| YBmw.com |
| BmwIsettA.com |
| UltimateBmw.com |
| NjBmw.com |
| TagBmw.com |
| BmwA.com |
| BmwPrices.com |
| BmwMart.com |
| CarBmw.com |
| BmwQuote.com |

### Domains At Auction

| Domain | A |
|---|---|
| BelmontAuto.com | |
| PremiereAutoBody.com | |
| ArrowRent-A-Car.com | |
| CarGroupClub.com | |
| AutoProIndia.com | |